IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01507-MSK-MJW

COURTNEY MADERA,

Plaintiff(s),

v.

WAL-MART STORES, INC., d/b/a "WAL-MART",

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Stipulated Motion for Court Approval of Stipulated Protective [sic](docket no. 14) is GRANTED. The written Stipulated Protective Order (docket no. 14-1) is APPROVED as amended in paragraph 9 and made an Order of Court.

Date: November 1, 2010