IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01507-MSK-MJW

COURTNEY MADERA,

Plaintiff(s),

v.

WAL-MART STORES, INC., d/b/a "WAL-MART",

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Plaintiff's Unopposed Motion to Vacate and Reset Settlement Conference, DN 18, filed with the Court on November 2, 2010, is GRANTED. The Settlement Conference set on November 16, 2010, at 1:30 p.m., is VACATED and RESET on December 9, 2010, at 2:00 p.m., in Courtroom A-502, Alfred A. Arraj United States District Court, 901 19th Street, Denver CO 80294.

It is FURTHER ORDERED that the parties shall submit their Confidential Settlement Statements to the Court on or before December 3, 2010. Parties with complete settlement authority shall be present in person for the settlement conference.

Date: November 4, 2010