IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01507-MSK-MJW

COURTNEY MADERA,

Plaintiff(s),

v.

WAL-MART STORES, INC., d/b/a "WAL-MART",

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Plaintiff's Combined Motion for Protective Order and Opposition to Defendant's Second Motion for Extension fo Discovery (Docket No. 38) is stricken pursuant to D.C.COLO.LCivR 7.1(C) ("A motion shall not be included in a response or reply to the original motion.  A motion shall be made in a separate paper.")

Date:    April 15, 2011