# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.**  10-cv-01507-MSK-MJW            FTR - Courtroom A-502

**Date:**  April 18, 2011                            Courtroom Deputy, Emily Seamon

*Parties*                                           *Counsel*

COURTNEY MADERA,                                    Paul J. Maxon

    Plaintiff,

v.

WAL-MART STORES, INC.,                              J. Mark Baird

    Defendant.

---

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   MOTION  HEARING
**Court in Session:**   9:30 a.m.
Court calls case. Appearances of counsel.

Argument by Mr. Baird and Mr. Maxon regarding depositions of witnesses.

**It is ORDERED:**   Defendant Wal-Mart Stores, Inc.'s SECOND MOTION FOR EXTENSION OF DISCOVERY AND DISPOSTIVE [sic] MOTIONS DEADLINES [Docket No. 35, Filed April 12, 2011]  is **GRANTED**. The Plaintiff shall produce witnesses Ms. Hatch and Mr. Madera for deposition without subpoena. The depositions shall take place at Mr. Baird's office on **May 18, 2011 at 9:00 a.m. and 1:00 p.m.** Counsel shall meet and confer to decide which witness will be deposed first. The Discovery Cut-off is extended to **May 20, 2011**, for the sole purpose of completing the depositions of Ms. Hatch and Mr. Madera. The Dispositive Motions Deadline is extended to **June 20, 2011**.

**It is ORDERED:**   Plaintiff's MOTION FOR PROTECTIVE ORDER [Docket No. 41, Filed April 15, 2011]  is **DENIED**.

Hearing concluded.
**Court in recess:**   10:02 a.m.
Total In-Court Time 00:32

To order a transcript of this proceeding, contact  Avery Wood Reports   (303) 825-6119  or Toll Free 1-800-962-3345.    FAX (303) 893-8305       www.AveryWoods.net